UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
103 CENTRAL PARK WEST CORP.,                                         :
:
                     Petitioner,                                 :         21-CV-9255 (JMF)
:
    and                                                          :             ORDER
:
:
SERVICE EMPLOYEES INTERNATIONAL UNION,                               :
LOCAL 32BJ, and REALTY ADVISORY BOARD ON                             :
LABOR RELATIONS,                                                     :
:
                     Respondents.                                :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On November 9, 2021, Petitioner filed a petition to confirm an arbitration award (albeit styled as a complaint). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **November 23, 2021**. Respondent's opposition, if any, is due on **December 7, 2021**. Petitioner's reply, if any, is due **December 14, 2021**.

       Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than **November 23, 2021**, and shall file an affidavit of such service with the court no later than **November 24, 2021**.

       SO ORDERED.

Dated: November 10, 2021                        _____
      New York, New York                           JESSE M. FURMAN
                                                      United States District Judge