UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
103 CENTRAL PARK WEST CORPORATION,

                           *Petitioner*,

       -*against*-

SERVICE EMPLOYEES INTERNATIONAL UNION,
LOCAL 32BJ, *and* REALTY ADVISORY BOARD ON
LABOR RELATIONS,

                          *Respondents.*
------------------------------------------------------------------------x

**JUDGMENT CONFIRMING ARBITRATION AWARD**

Case No. 1:21-cv-9255 (JMF)

       **WHEREAS**, petitioner 103 Central Park West Corporation ("Petitioner") has petitioned this Court to confirm an arbitration award, signed and dated as of July 21, 2021, issued by Arbitrator Haydée Rosario; and

       **WHEREAS**, upon appropriate notice of the petition, respondents Service Employees International Union, Local 32BJ (the "Union"), and Realty Advisory Board on Labor Relations (the "RAB"), via written stipulation, duly filed November 23, 2021, *see* ECF No. 11-1, stipulated and agreed that they did not oppose the relief sought by Petitioner and consented to the admission into evidence of the facts submitted in support of Petitioner's application, as set forth in the Complaint in this matter and the exhibits submitted therewith; and

       **WHEREAS**, this Court having reviewed the unopposed petition and all supporting materials, and having fully considered the matter; and for good and sufficient cause shown;

       **IT IS HEREBY ORDERED AND ADJUDGED** that the Award of Haydeé Rosario, dated July 21, 2021, in the matter of the arbitration of the parties hereto shall be and is hereby Confirmed in its entirety; and it is further

       **ORDERED AND ADJUDGED** that, in accordance with said Award:

       1.     Grievant Jaime Buitrago was terminated for just cause in accordance with

- 2 -

the applicable collective bargaining agreement; and

    2.  Respondent the Union's grievance of grievant Jaime Buitrago's termination of employment as building superintendent for employer 103 Central Park West Corporation is denied in its entirety.

  SO ORDERED.

Dated: January  13 , 2022
    New York, New York

                  _____
                  JESSE M. FURMAN
                  United States District Judge

The Clerk of Court is directed to close the case.